(C.D. 2902)

ROHNER, GEHRIG & Co., INC. *v.* UNITED STATES

United States Customs Court, Third Division

(Decided February 23, 1967)

Plaintiff not represented by counsel.
*Barefoot Sanders*, Assistant Attorney General, for the defendant.

Before RICHARDSON and LANDIS, Judges

LANDIS, Judge: When this case was called for trial, there was no appearance on behalf of the plaintiff, and defendant moved to dismiss the protest for lack of prosecution.

It appearing from the official papers that the protest was filed more than 60 days after liquidation, it is dismissed as untimely, by virtue of section 514, Tariff Act of 1930.